758 A.2d 1155

**In re Peter Paul NAKOSKI, Jr., District Justice In and For Magisterial District 06–3–01.**

**Appeal of Judicial Conduct Board.**

Supreme Court of Pennsylvania.

Sept. 28, 2000.

## *ORDER*

PER CURIAM:

**AND NOW,** this 28th day of September, 2000, the order of the Court of Judicial Discipline is hereby affirmed.